IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY, KANSAS

JUDY BURKHOLDER, )
)
    Plaintiff, )
) Case No. 09-CV-2322 KHV/JPO
vs. )
)
GATES CORPORATION, a foreign )
corporation, )
    Defendant. )

## COMPLAINT

COMES NOW the Plaintiff, Judy Burkholder, and for her Complaint against the Defendant, Gates Corporation, states and alleges as follows:

### JURISDICTION AND VENUE

1. This is an action under the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12101 *et seq.*

2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331 and 1343.

3. The Plaintiff has fully complied with all prerequisites to the jurisdiction of this Court under Title I of the ADA, 42 U.S.C. § 12101 *et seq.* (Plaintiff's Charge of Discrimination, "Exhibit A"; Notice of Right to Sue, "Exhibit B").

4. Plaintiff, Judy Burkholder, is an individual and citizen of the State of Kansas, residing in Gas, Kansas.

5. At all relevant times, Defendant, Gates Corporation, has been a corporation existing under the laws of the State of Delaware, authorized to

conduct business in the State of Kansas, and has been conducting business in Iola, Kansas, with its principal place of business in Denver, Colorado.

6. The practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Kansas.

## STATEMENT OF CLAIM

7. At all relevant times, Defendant has continuously been a covered employer subject to the requirements of the ADA.

8. Plaintiff's husband is a qualified individual with a disability, as defined by 42 U.S.C. § 12102, that constitutes a physical and mental impairment substantially limiting all of his major life activities.

9. Plaintiff applied for a production and/or warehouse job with the Defendant at its Iola, Kansas location on three separate occasions during the time period from January of 2008 through July of 2008.

10. Plaintiff was qualified for the jobs that she applied for during each of the three times that she applied for a position with the Defendant.

11. The Plaintiff was known by the Defendant during the times that she applied for a position with the Defendant to associate with her disabled husband.

12. Defendant refused to hire the Plaintiff because of her relationship or association with her disabled husband.

13. Plaintiff's association and familial relationship with her husband is a "relationship" or "association" protected by the association provision of the ADA, 42 U.S.C. § 12112(b)(4).

14. The Plaintiff's association with her disabled husband was a

determining factor in Defendant's refusal to hire Plaintiff.

15.  Defendant's actions, described above, constitute a violation of the Americans with Disabilities Act, 42 U.S.C. § 12112(b)(4).

WHEREFORE, Plaintiff prays for judgment against the Defendant in the amount of $250,000.00 plus interest, Plaintiff's attorney fees, the costs of the action, and any further relief as this Court may deem just or equitable under the circumstances.

Respectfully submitted,

Schmitt Manz Swanson & Mulhern, P.C.


By:  /s/ Paul Hasty, Jr.
Paul Hasty, Jr.       KS # 09132
7101 College Blvd., Suite 350
Overland Park, Kansas 66210
Telephone   (913) 317-8068
Facsimile:   (913) 317-8058
Email:
phasty@schmittmanzlaw.com

**ATTORNEYS FOR PLAINTIFF**

# STATE OF KANSAS
# KANSAS HUMAN RIGHTS COMMISSION

On the complaint of

DOCKET NO. 32150-09

Judy M. Burkholder

Complainant,

vs.

Respondent,

Gates Rubber Co. and its Representatives

I, Judy M. Burkholder residing at P.O. Box 172, Gas, KS  66742

charge Gates Rubber Co. and its Representatives whose address is 1450 Montana Rd., P.O. Box 606, Iola, KS  66749

With an unlawful practice within the meaning of:

[X] The Kansas Act Against Discrimination (Chapter 44, Art. 10, K.S.A.) and specifically within the meaning of subsection (a)(1) of Section 44-1009 of said Act, because of my RACE (), RELIGION (), COLOR (), SEX (), NATIONAL ORIGIN (), ANCESTRY (), DISABILITY (X), RETALIATION (), FAMILIAL STATUS ().

[] The Kansas Age Discrimination in Employment Act (Chapter 44, Art. 11, K.S.A.) and specifically within the meaning of subsection of Section 44-1113 of said Act, because of my AGE.

Alleged Date of Incident, on or about March 27, 2008, to July 2008.

The aforesaid charges are based on the following facts:

I. My husband has a disability.

II. I applied for the position of Production Worker with the Respondent in March 2008, and in July 2008.

  A. On March 27, 2008, and in July 2008, I was denied a position of employment.



# STATE OF KANSAS
# KANSAS HUMAN RIGHTS COMMISSION

(continued) Docket No. 32150-09

III.  I hereby charge Gates Rubber Co. and its Representatives with a violation of the Kansas Act Against Discrimination, in that I was denied employment due to my association with my husband, who has a disability.

I have not commenced any action, civil or criminal, based upon the grievance set forth above, except

STATE OF KANSAS )
COUNTY OF Allen )ss:

X _Judy Burkholder_
(Signature of Complainant)

Judy M. Burkholder, being duly sworn, deposes and says that: that she/he is the Complainant herein; that she/he has read the foregoing complaint and knows the contents thereof; that the same is true of her/his own knowledge except as to the matters therein stated on information and belief; that as to those matters she/he believes the same to be true.

Subscribed and sworn to before me

this 22nd day of September, 2008

X _Judy Burkholder_
(Signature of Complainant)

_Pamela R Jordan_
(Signature of Notary Public)

MY COMMISSION EXPIRES: 7/12/2010

NOTARY PUBLIC - State of Kansas
PAMELA R. JORDAN
My Appt. Exp. 7/12/2010

SEP 26 2008

EEOC Form 161-B (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| **To:** Judy M. Burkholder<br>P.O. Box 172<br>Gas, KS 66742 | **From:** St. Louis District Office<br>Robert A. Young Bldg<br>1222 Spruce St, Rm 8.100<br>Saint Louis, MO 63103 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 28D-2008-00966 | Joseph J. Wilson,<br>Investigator | (314) 539-7816 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_James R. Neely, Jr.,_
Director

April 9, 2009
*(Date Mailed)*

Enclosures(s)

cc:  Chief Executive Officer
GATES RUBBER CO.
1450 Montana Rd.
P.O. Box 606
Iola, KS 66749

Paul Hasty, Jr.
Schmitt, Manz, Swanson & Mulhern
7101 College Blvd., Ste. 350
Overland Park, KS 66210


EXHIBIT B

Enclosure with EEOC
Form 161-B (3/98)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS  --  **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS  --  **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit <u>before 7/1/02</u> – not 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION  --  **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE  --  **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*