IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JUDY BURKHOLDER,                    )
                                   )
                    Plaintiff,      )        Case No. 09-CV-2322-KHV-JPO
                                   )
v.                                 )
                                   )
GATES CORPORATION,                  )
                                   )
                    Defendant.      )

## ORDER

NOW on this 2nd day of March, 2011, the above-captioned and numbered case comes

before the Court on the joint motion of the parties (Doc. #101) for dismissal of plaintiff's claims

with prejudice.  The motion is granted and plaintiff's claims are dismissed with prejudice.  Each

party will bear her or its own costs.

IT IS SO ORDERED.


s/ Kathryn H. Vratil
HONORABLE KATHRYN H. VRATIL


Submitted by:


/s Paul Hasty, Jr.
Paul Hasty, Jr.          KS # 09132
Hasty & Associates, LLC
7101 College Blvd., Suite 350
Overland Park, KS  66210

**ATTORNEYS FOR PLAINTIFF**